# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNICOLORS, INC., | Case No.: 2:19-cv-05989-JAK-GJS |
| Plaintiff, | **JUDGMENT** |
| v. | **JS-6: Case Terminated** |
| SEE PLUS INC., *et al.*, | |
| Defendants. | |

For good cause appearing, judgment is **GRANTED** and **ENTERED** in favor of Unicolors, Inc. and against Dani II, Inc., a New York corporation, individually and d/b/a "KAS New York" (collectively "Dani II"), as follows:

1. Statutory damages in the amount of $20,000;
2. Attorneys' fees in the amount of $2,400; and
3. Costs in the amount of $500.

Thus, the total judgment entered against Dani II is $22,900, subject to a tax and/or interest at the legal rate.

**IT IS SO ORDERED**.

Dated: December 20, 2019

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE